UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

OPTIGEN, LLC,

                              Plaintiff

v.                                            Civil No. 5:13-CV-0996 (FJS/ATB)

GENETIC VETERINARY SCIENCES, INC., and
LISA A. SHAFFER, PhD,

                              Defendants.

# STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, OptiGen, LLC ("OptiGen") and Genetic Veterinary Sciences, Inc., and Lisa A. Shaffer, PhD. (the "Defendants"), by their counsel, stipulate that all claims, causes of action, and counterclaims in the action entitled *OptiGen, LLC v. Genetic Veterinary Sciences, Inc., et al.*, Civil No. 5:13-cv-0996, be dismissed on the merits with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: March 10, 2016

                                                    **HODGSON RUSS** LLP
                                                    *Attorneys for OptiGen, LLC*

                                                    By s/Melissa N. Subjeck
                                                        Robert J. Lane, Jr.
                                                         Jodyann Galvin
                                                        Melissa N. Subjeck
                                                   The Guaranty Building
                                                   140 Pearl Street
                                                   Buffalo, New York 14202
                                                   Telephone: (716) 856-4000

**LOWE GRAHAM JONES PLLC**
*Attorneys for Genetic Veterinary Sciences, Inc., and, Lisa A. Shaffer, PhD*

By s/ Mark P. Walters
    Mark P. Walters
701 5th Avenue #4800
Seattle, Washington 98104
(206) 957-2470


IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: March 14, 2016
      Syracuse, NY